AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 18-MJ- 7103
)
INFORMATION ASSOCIATED WITH )
APMEX, INC. ACCOUNT #1232940, REGISTERED TO )
STEPHAN CAAMANO, THAT IS STORED
AT PREMISES CONTROLLED BY APMEX, INC.,
more particularly described in Attachment A

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Oklahoma____
*(identify the person or describe the property to be searched and give its location):*
INFORMATION ASSOCIATED WITH
APMEX, INC. ACCOUNT #1232940, REGISTERED TO STEPHAN CAAMANO,
THAT IS STORED AT PREMISES CONTROLLED BY APMEX, INC., more particularly described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, which is attached hereto and specifically incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____June 3, 2018____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____Eric I. Long____
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __30__ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

s/Eric Long

Date and time issued: __5/25/2018; 2:27 pm__
Judge's signature

City and state: __Urbana, Illinois__      ERIC I. LONG, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>18-MJ- 7103 | Date and time warrant executed:<br>05/30/2018 at 7:43am | Copy of warrant and inventory left with:<br>Tallie Stubbs, APMEX representative |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Account information along with 12 audio transmissions from telephone calls placed by CAAMANO to APMEX discussing transactions completed by CAAMANO between November 11, 2016, and July 25, 2017.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  07/23/2018

s/Todd Emery

*Executing officer's signature*

Todd M. Emery, Special Agent

*Printed name and title*